DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONTA ROBINSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2166

[June 25, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 50-2022-CF-003209-AXXX-MB.

Antony P. Ryan, Director and Paul O'Neil, Assistant Regional Counsel of the Office of Criminal Conflict and Civil Regional Counsel, Fourth District, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Zi Jin Peter Chan, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.* As to appellant's sentencing issue, *see Jackson v. State*, No. 4D2024-0819, --- So. 3d ---, 2025 WL 1119094 (Fla. 4th DCA Apr. 16, 2025); *Galindez v. State*, 955 So. 2d 517 (Fla. 2007).

WARNER, GERBER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***